**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Julio William CAICEDO–ANGULO, Defendant–Appellant.**

No. 07–10305

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 7, 2007.

John Thomas Kingston, Valrico, FL, for Defendant–Appellant.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

John T. Kingston, appointed counsel for Julio William Caicedo–Angulo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Caicedo's conviction and sentence are **AFFIRMED.**